No. 02–966. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA *v.* TEXTRON FINANCIAL CORP. Ct.

App. Cal., 4th App. Dist.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *State Farm Mut. Automobile Ins. Co.* v. *Campbell, ante,* p. 408.